1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   DEMOND CHARLES BRACKETT,                    No. 2:22-cv-0886-EFB P

11            Plaintiff,

12        v.                                     ORDER

13   MERRICK GARLAND, et al.,

14            Defendants.

15

16        Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint (ECF No.

17   1) and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 2).

18   He has not, however, submitted a certified copy of his trust account statement as required by 28

19   U.S.C. § 1915(a)(2).

20        Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date

21   of this order, a certified trust account statement to complete his request for leave to proceed in

22   forma pauperis.[1]  Plaintiff's failure to comply with this order will result in a recommendation that

23   this action be dismissed without prejudice.

24        So ordered.

25   Dated: June 2, 2022.

                                                 _____
26                                               EDMUND F. BRENNAN
                                                 UNITED STATES MAGISTRATE JUDGE

27        [1] If plaintiff is unable to comply with this order, he must submit to the court a copy of his
     request for a copy of his certified trust account statement along with any responses received from
28   jail officials.