UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND CHARLES BRACKETT, | No. 2:22-cv-00886-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| MERRICK GARLAND, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has not filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

---

[1] **Error! Main Document Only.** Although it appears from the file that Plaintiff's copy of the findings and recommendations may have been returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 6, 2022 (ECF No. 8) are ADOPTED in full;

2. This action is DISMISSED without prejudice.

**DATED: September 21, 2022**

Troy L. Nunley
United States District Judge

2